1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIGUEL ANGEL SANDOVAL,

               Petitioner

      v.

J. KATAVICH,

               Respondent.

Case No. SACV 15-2168-FMO (GJS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report").  The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

    Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1) Respondent's motion to dismiss [Dkt. 11] is GRANTED; and (2) this action is dismissed with prejudice as untimely.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: November 21, 2016         _____/s/_____

                                      FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE