UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL SANDOVAL,<br><br>                    Petitioner<br><br>          v.<br><br>J. KATAVICH,<br><br>                    Respondent. | Case No. SACV 15-2168-FMO (GJS)<br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: November 21, 2016          _____/s/_____

                                  FERNANDO M. OLGUIN<br>                                  UNITED STATES DISTRICT JUDGE